Before STATE INDUSTRIAL BOARD, Respondent. MORRIS COHEN, Respondent,

* Accident happened on November 6, 1920. (See Workmen's Compensation Law of 1914, § 15, subds. 2, 4, as amd. by Laws of 1917, chap. 705.) — [REP.

v. CRYSTAL HOUSE AND WINDOW CLEANING COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.